17 February 2021

Adita Lynne Harless
3400 Colony Drive
New Bern, NC  28562
910-850-0797
aditaharless@yahoo.com

To Whom it May Concern,

My name is Adita Lynne Harless.  I was a Counterintelligence Special Agent in the US Army, worked for the public school system for many years, am a court-appointed Guardian Ad Litem, and just completed a deployment to Iraq as a US intelligence contractor.

I have known Jessica Watkins for approximately ten years, when she and my oldest son became friends. When I first met Jessica, I was immediately taken with her respectful and humble attitude. Throughout our relationship, she has proven herself to be a person who cares deeply about other people and has always sought opportunities to assist others in need.  Her service as a firefighter is just one of many examples of this.  Jess would often put her comfort aside in favor of protecting and serving others.   She is an extremely loyal person and could never sit by and watch someone she cared about be hurt or abused in any way, even to her own detriment.  I have never known Jess to act in any self-serving manner, and have never witnessed her having a part in any action that could be taken as vengeful or violent.  I trust Jessica Watkins, enough to have let her live in my home with my younger children without any hesitation, and would do so again.

I believe that Jessica's loyalty to her country and desire to serve may have allowed her to be taken advantage of by people with an agenda that Jess was perhaps not fully cognizant of.   She very much loved serving her country, and her military days were of utmost pride for her, and it is possible that she was drawn by the militia aspect of certain organizations.  I have had many at-length discussions with Jessica Watkins, and I know that she is not 'anti-government', but rather a proponent of law and order.

Please do not hesitate to contact me for any addition information.


Respectfully submitted,


Adita Lynne Harless