Montana Siniff

Woodstock, OH  43084

2/19/21

Subject: Jessica Watkins Detention Hearing

To the Honorable Amit P. Mehta

    I have known Jessica for five years, four-and-a-half of which in pursuit of a romantic relationship, about two-and-a-half in running a small business. In that time, I have come to love a person who is attentive to the needs of others, often putting those needs ahead of her own. Whilst working middle-management at a clothing store, she did her best to lead by example for newer employees and continued to also put such work in herself. Retail, especially big-box retail, is notorious for both internal strife and customer relations nightmares; we jumped at an opportunity to own and run a small-town bar with a stable customer base. Slightly influenced by recent media, we felt that a pirate-themed bar in the middle of a boring Ohio plain would be a successful idea; we named it the "Jolly Roger" after Calico Jack's banner.

    Shortly after, her EMT skills would be put to the test often; it would not be rare that the bleach and bucket would have to come out after a neighbor would hurt themselves in some way and need assistance, sometimes after the paramedics have already come and left. Keeping on hand extra medical equipment in case of an injury has always been a priority for her, and helping out her customers gave her joy. Really, helping people in general gives her joy.

    I have no doubt her intentions on the 6th, however ill-advised, were not of a destructive nature. I doubt she would have asked me to drive her to the police station to turn herself in if she thought so herself. Nevertheless, she has expressed remorse in leading herself and her compatriots into a legal battle to exist free; she could not run and let those who followed her suffer consequences she herself ought, at such a point, face.

    As noted by the FBI, we do possess a number of firearms; all of which have been transported to a house an hour's drive away, with multiple city departments and sheriff districts between. We have an extra house key on the ready for a sheriff or deputy to stroll in and audit this at any time. She lives above our bar; while perhaps bigger than most jail cells and rec-rooms, her mobility will still be highly limited and simple to track. Further, the Jess I know would shame me for all five of the years I'd spend in not being compliant to all these factors and turning her in at a sign of readiness to flee.

    Please, your honor, justice delayed will still be justice; she has no desire to resume militia activities, we have taken actions already to assuage the public and the courts of any danger she might arguably possess, and she wishes to ignore politics and focus on serving cocktails and cooking food, at a location simple for the government to monitor. Please, let Jessica come home pending trial.

    Sincerely,

Montana Siniff, Fiancé to the accused.