From: **Joyce Siniff** <
Date: Thu, Feb 18, 2021 at 8:57 PM
Subject: Re: Testing
To: 4lifejackhammer <

To whom it concerns, I am writing to you about,Jessica Marie Watkins. She was introduced to my husband and I about four years ago. In the course of that time, she has become a member of our family. She is my oldest son's partner in life and we love her. Jess has a passion for business and we are impressed with her and my son's ability to turn a neglected bar into a manageable business, even during these trying times. Jess is also very passionate about our country and helping others. I have always considered her a compassionate, caring, and responsible individual.Her recent discrepancies, should not distract from all that Jess has accomplished in life.
   Respectfully, Joyce R Siniff