From: **Gregory J Brannock** <
Date: Fri, Feb 19, 2021 at 10:57 AM
Subject: Character reference
To: <

Dear Honorable Judge, Sir or Madam,

Hello. I am writing in reference to Jessica Watkins, who is appearing before your court due to her entering the Capital Building.

Jessica Watkins is a friend of mine, and I do care about her future, and I want to try to make you feel the same way.

Jessica Watkins is a person of good moral character. I realize that might seem hard to believe, given the circumstances, but it's true nonetheless. I have known Jessica Watkins for several years, and in that time she has spoken about her service in the military, wanting to be there for her country and people, to joining a fire department and learning to be an EMT. I have seen her go through ups and downs, and all the while remaining a decent, passionate, caring person at the core. She just needs more people to believe in her and not label

her a villain as some would portray her as a result of the actions of others.

Jessica Watkins has made mistakes, and she is incredibly remorseful, and is willing to take responsibility for actions. But to do that, she needs you to give her an opportunity to get a second chance. I recognize that Jessica broke the law, and I do not believe that she should get off without punishment but not as severe as those who were there to hurt law enforcement agents and politicians. To label her an insurgent is farfetched. She followed a crowd indoors which was a mistake. She wasn't there to harm anyone only to help if people were injured.  I just hope you will recognize the power you wield with regard to the future of this woman, and make a fair decision.

Thank you,

Gregory Brannock