Liza Nott

Woodstock, OH 43084

February 18 2021

Re: Jessica Watkins

To the Honorable Judge,

I have known Jess for about 2 years now…The Jess I know is a very nonviolent person that sees the good in almost everyone. She was/is always there to help anyone she could. I believe she was never out to hurt anyone and was only there to help.
I believe Jess is a good person that was caught up in something that was blown up way out of proportion
Sincerely, Liza Nott