UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 21-CR-128 (APM) |
| | ) | |
| JESSICA WATKINS | ) | |

**CLARIFICATION TO DEFENDANT'S MOTION FOR RELEASE AND ADDITIONAL LETTER OF SUPPORT**

Jessica Watkins, through counsel, respectfully submits this clarification to her motion for release pending the outcome of her case. Counsel apologizes for being less than clear on a couple of points raised in the original motion – something that unfortunately became obvious by media inquiries. Counsel in no way meant to imply that Ms. Watkins met with the Secret Service. A better verb would have been "encountered." Ms. Watkins spoke with Secret Service members early in the day when she was coming through the check in point for the VIP area. The point counsel was attempting to make was that she encountered law enforcement, including Secret Service officer on her way to providing security for the rally. She was given directives about things she could and could not do, including directions to leave all tactical gear outside of the VIP area, and she abided by all of those directives. Ms. Watkins does not suggest that she has any direct knowledge that her role as security was sanctioned by anyone other than people involved in organizing the rally. She certainly did not mean to suggest that she was hired by the U.S. Secret Service to perform security. Counsel again apologizes for any confusion created by the inartful language used in the motion.

Second, Ms. Watkins wants the Court to know that she has not been mistreated by the staff at the D.C. Central Treatment Facility. To date, while in the custody of the D.C.

1

Department of Corrections, she has been treated with respect and dignity. That was not her experience prior to her arrival in the District of Columbia. Counsel has been contacted by the Butler County Sherriff's Department, which disputes the description of Ms. Watkins' treatment at their facility, but acknowledges she was placed on suicide protocols. Ms. Watkins denies ever being suicidal or expressing suicidal thoughts, and stands by her assertions that she was placed on suicide watch for retaliatory reasons despite repeated assertions that she was not suicidal.

      Finally, Counsel is attaching an additional letter of support that arrived after the prior submission.

      Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

_____

Michelle Peterson
Chief Assistant Federal Public Defender
625 Indiana Avenue, NW
Washington, DC 20004
(202) 208-7500
Shelli_Peterson@fd.org