```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,        )
                                 )
        Plaintiff,               )
                                 )   CR No. 21-28-3
                                 )   Washington, D.C.
    vs.                          )   February 16, 2021
                                 )   4:00 p.m.
JESSICA M. WATKINS,              )
                                 )
        Defendant.               )
_____)


    TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS
          BEFORE THE HONORABLE AMIT P. MEHTA
             UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:        Kathryn Leigh Rakoczy
                           Ahmed M. Baset
                           U.S. ATTORNEY'S OFFICE
                           FOR THE DISTRICT OF COLUMBIA
                           555 Fourth Street, NW
                           Washington, D.C. 20530
                           (202) 252-6928
                           Email:
                           kathryn.rakoczy@usdoj.gov
                           Email: ahmed.baset@usdoj.gov

For the Defendant:         Michelle M. Peterson
                           FEDERAL PUBLIC DEFENDER
                           FOR THE DISTRICT OF COLUMBIA
                           625 Indiana Avenue, NW
                           Suite 550
                           Washington, D.C. 20004
                           (202) 208-7500
                           Shelli_peterson@fd.org
```

```
APPEARANCES CONTINUED:

Court Reporter:              William P. Zaremba
                             Registered Merit Reporter
                             Certified Realtime Reporter
                             Official Court Reporter
                             E. Barrett Prettyman CH
                             333 Constitution Avenue, NW
                             Washington, D.C. 20001
                             (202) 354-3249

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

```
 1                    P R O C E E D I N G S
 2              COURTROOM DEPUTY:  Good afternoon, Your Honor.
 3   This is Criminal Case No. 21-28-3, the United States of
 4   America versus Jessica Marie Watkins.
 5              Ahmed Baset and Kathryn Rakoczy for the
 6   government.
 7              Shelli Peterson for the defense.
 8              The defendant is appearing via videoconference for
 9   this hearing.
10              THE COURT:  Okay, Counsel.  Good afternoon.
11              Ms. Watkins, good afternoon to you.
12              Can you hear me okay, ma'am?
13              THE DEFENDANT:  Yes, Your Honor.
14              THE COURT:  Okay.
15              So we're here this afternoon for our status
16   hearing and to sort of check in and see where things are.
17              I understand that Ms. Watkins had a presentment
18   that was scheduled before Magistrate Judge Meriweather, but
19   that that's been postponed and that she hasn't yet had a
20   detention hearing.
21              Is that where things stand at this point?
22              MS. PETERSON:  Yes, Your Honor.
23              We've had the initial appearance, but we postponed
24   the detention hearing until February 22nd.
25              THE COURT:  Okay.
```

1                And she's now indicted.  So has she been
2    arraigned?
3                MS. PETERSON:  I believe we did that in front of
4    Magistrate Judge Faruqui.  But I will -- correct me if I am
5    wrong; I've done a lot of these in the last few days.
6                MR. BASET:  I believe that's accurate.
7                THE COURT:  Mr. Douyon, can you -- are you all
8    confident that that's accurate or you're --
9                MS. PETERSON:  I'm 90 percent.  So I don't know if
10   anybody is more than 90.
11               THE COURT:  Okay.
12               COURTROOM DEPUTY:  I was also told -- this is
13   Jean-Claude, the Courtroom Deputy.
14               I was told by Judge Faruqui's Courtroom Deputy
15   that Ms. Watkins was arraigned on Friday.
16               THE COURT:  All right.  So she has been arraigned.
17   All right.  Good.
18               So then, Ms. Peterson, I think the question in
19   terms of the detention hearing is, do you -- well, I mean,
20   you all can return to Magistrate Judge Robinson -- I keep
21   saying Robinson -- Meriweather, if you'd like, or we can put
22   this down on my calendar to just do it in front of me.  I'm
23   happy to do that.
24               MS. PETERSON:  I believe that it's scheduled in
25   front of Judge Faruqui.

1          THE COURT:  Oh, Faruqui.  Okay.  I thought it was
2    Judge Meriweather.
3          MS. PETERSON:  Right.
4          And I think we're happy to start there.  And then
5    that way if either side needs to come to you, we can do that
6    afterwards.
7          THE COURT:  All right.  Fine.
8          I just thought we could be a little bit more
9    efficient.  But that's fine.  If you want to return to
10   Judge Faruqui first, that's fine.
11         So then in terms of moving the case forward, have
12   you had discussions with the government about discovery?
13         And there's a motion for protective order filed in
14   this case.  I sort of addressed that a little bit in the
15   case involving the co-defendant and --
16         MS. PETERSON:  We've had some initial discussions,
17   Your Honor, and we need to continue to have those
18   discussions.
19         We've worked out a method for -- we need to get
20   some of the initial discovery prior to the formal protective
21   order being resolved.  So we're going to be able to start
22   that process.
23         I was going to propose we come back in
24   approximately 60 days, but I understand that Mr. Donovan is
25   scheduled for March 12th.  So if the Court wishes to have us

1   on the same schedule, that's also fine as well.  We may not
2   be in a position to advance the ball much by then, but we
3   can certainly come that date.
4            THE COURT:  Right.
5            We've got Mr. Caldwell set for the 12th of March
6   at 3:00.
7            And so I would like to get everyone on the same
8   schedule.
9            And we're still waiting for the third co-defendant
10  to get to D.C.  I understand he was ordered detained, but
11  he's still en route.
12           Is that correct, Mr. Baset?  Do you have any
13  further update on his status?
14           MR. BASET:  Unfortunately not.
15           That is our last understanding, is that he is to
16  arrive forthwith, but hasn't arrived at this moment.
17           THE COURT:  Okay.
18           All right.  So let's set down the next date in
19  front of me to coincide with Mr. Caldwell's hearing on March
20  the 12th.
21           Have you -- there's a government motion that's
22  pending for pretrial detention; is that right?
23           MR. BASET:  There is.
24           THE COURT:  Okay.
25           So speedy trial time is currently tolled;

1 everybody agrees with that?

2 MS. PETERSON: Yes. Yes, Your Honor.

3 But in light of the fact that that will probably
4 be resolved next week, we have no objection to excluding the
5 time between now and March 12th when we return from the
6 speedy trial clock.

7 THE COURT: Okay.

8 So based, then, on the defendant's motion, I do
9 find that it's in the interests of justice -- or that the
10 interests of justice outweigh the interests of the defendant
11 and the public in a speedy trial, and, therefore, will
12 exclude time until March the 12th for calculating speedy
13 trial.

14 That exclusion is warranted for two reasons: One,
15 to afford time for the government to provide discovery to
16 the defendant, and for the defendant and her counsel to
17 review that discovery and begin preparing a defense; and,
18 two, because the current standing order excludes time
19 through March the 15th due to the pandemic and the inability
20 to hold jury trials and for the reasons stated in that
21 standing order which I adopt and incorporate here, for those
22 additional reasons, speedy trial will be excluded through
23 March the 12th.

24 Okay. Well, with that, then, is there anything
25 else we ought to discuss this afternoon?

1          MS. PETERSON:  No, Your Honor.

2          I would go back to the question the Court raised,
3   which was where to do the detention hearing, and I hadn't
4   really thought through my answer because I wasn't expecting
5   the question.

6          And it maybe does make more sense just to do it
7   directly to you since I suspect either side will end up of
8   appealing it, so it probably would be more efficient.

9          If the Court is available to hear the detention
10  hearing on either Monday or Tuesday of next week, we would
11  be comfortable simply having that come to you.

12         THE COURT:  What's the status of the filings?

13         The government's filed a motion, I take it?

14         MS. PETERSON:  They have.

15         I have not filed a response.  I am waiting to get
16  some documentation that I want to include with that
17  response.  But I can get that filed by the end of this week
18  or the weekend at the latest if the Court wants to move it a
19  day or so.  I don't want to push it out too far; but if the
20  Court needs time to review that, we could do that as well.

21         THE COURT:  I could, in theory, if there's time
22  available -- I mean, I could, basically, take
23  Judge Faruqui's time -- well, I don't know that I can just
24  take his time, but if --

25         MS. PETERSON:  Oh.  At the jail, right.

1     THE COURT: If there's time available with a jail
2  connection either -- on the 22nd, I'm essentially wide open
3  that day.
4     COURTROOM DEPUTY: There's time available on the
5  22nd at 11:00 a.m. or 11:30 a.m.
6     MS. PETERSON: I have an 11:30 already from the
7  jail.
8     I wonder if Judge Faruqui takes his off the
9  calendar at 10:00, if that time would then be available for
10 you to put it on the calendar.
11    THE COURT: I've got an 11:30 I need to -- excuse
12 me -- a 10:30. So -- it will be brief, but I think we
13 probably will need more than a half hour.
14    Is there an afternoon time available in the 22nd?
15    COURTROOM DEPUTY: There's no afternoon time
16 available on the 22nd, unfortunately.
17    MS. PETERSON: I could also do any time on the
18 23rd, if that works for the Court.
19    COURTROOM DEPUTY: The jail --
20    THE COURT: What's available on the 23rd?
21    COURTROOM DEPUTY: The 23rd, 1:00 p.m.
22    THE COURT: Could you all do 1:00 p.m.?
23    MS. PETERSON: I can do that.
24    MR. BASET: That works for the government.
25 Thank you.

1          THE COURT:  All right.
2          So let's set this down for 1:00 p.m. for a
3  detention hearing on the 23rd.
4          And, Ms. Peterson, you had planned to file your
5  opposition by when, the 19th?
6          MS. PETERSON:  If I could get it filed on
7  Saturday -- I don't have a lot of time during the day these
8  days, but I could get it done by Saturday.
9          THE COURT:  Okay.  That's fine.
10         And if the government wants to file -- it's not a
11 lot of turnaround time, but if the government wants to file
12 something by the 22nd as a reply, it's welcome to do that,
13 okay?
14         MR. BASET:  Thank you.
15         THE COURT:  All right.
16         So with that, I think that takes care of all the
17 issues we need to discuss this afternoon.
18         Does anybody else have anything else on their
19 minds that they want to raise at this point?
20         MS. PETERSON:  Not for the defense, Your Honor.
21         MR. BASET:  Not from the government.  Thank you.
22         THE COURT:  Okay.
23         All right.
24         I guess the one thing -- let me just make sure
25 this was done:  Did Magistrate Judge Faruqui remind the

1  government of its *Brady* and -- its *Brady* obligations at the
2  initial hearing?
3          MR. BASET:  I don't believe so.
4          We are aware of them certainly, but I don't
5  believe we were admonished.
6          THE COURT:  Okay.
7          Well, let me just -- in order to be compliant with
8  the requirements of the law, that I just remind the
9  government of its obligations to disclose exculpatory and
10 favorable information to the defendant and to defense
11 counsel.
12         I'll also remind the government of its potential
13 consequences for the failure to do so.  Those consequences
14 are both case specific and also potentially affect the
15 attorney as well.
16         And so I'll just ask the government to acknowledge
17 your understanding of your responsibilities under *Brady* and
18 the Local Rules.
19         MR. BASET:  Understood.  Thank you.
20         THE COURT:  Okay.  Very good.
21         All right, everyone.  With that, we'll look
22 forward to getting, Ms. Peterson, your papers, and we'll see
23 everybody in about a week.
24         MS. PETERSON:  Thank you, Your Honor.
25         (Proceedings concluded at 4:16 p.m.)

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Please note: This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.

Date:__March 3, 2021_____     /S/__William P. Zaremba_____

                               William P. Zaremba, RMR, CRR

| | | | | |
|---|---|---|---|---|
| **COURTROOM DEPUTY: [6]** 3/2 4/12 9/4 9/15 9/19 9/21<br>**MR. BASET: [8]** 4/6 6/14 6/23 9/24 10/14 10/21 11/3 11/19<br>**MS. PETERSON: [16]**<br>**THE COURT: [24]**<br>**THE DEFENDANT: [1]** 3/13 | **about [2]** 5/12 11/23<br>**above [1]** 12/4<br>**above-titled [1]** 12/4<br>**accurate [2]** 4/6 4/8<br>**acknowledge [1]** 11/16<br>**additional [1]** 7/22<br>**addressed [1]** 5/14<br>**admonished [1]** 11/5<br>**adopt [1]** 7/21<br>**advance [1]** 6/2<br>**affect [1]** 11/14<br>**afford [1]** 7/15<br>**afternoon [8]** 3/2 3/10 3/11 3/15 7/25 9/14 9/15 10/17<br>**afterwards [1]** 5/6<br>**agrees [1]** 7/1<br>**Ahmed [2]** 1/13 3/5<br>**ahmed.baset [1]** 1/17<br>**aided [1]** 2/7<br>**all [12]** 4/7 4/16 4/17 4/20 5/7 6/18 9/22 10/1 10/15 10/16 10/23 11/21<br>**All right [2]** 4/17 11/21<br>**already [1]** 9/6<br>**also [5]** 4/12 6/1 9/17 11/12 11/14<br>**am [2]** 4/4 8/15<br>**AMERICA [2]** 1/3 3/4<br>**AMIT [1]** 1/10<br>**answer [1]** 8/4<br>**any [2]** 6/12 9/17<br>**anybody [2]** 4/10 10/18<br>**anything [2]** 7/24 10/18<br>**appealing [1]** 8/8<br>**appearance [1]** 3/23<br>**APPEARANCES [2]** 1/12 2/1<br>**appearing [1]** 3/8<br>**approximately [1]** 5/24<br>**are [4]** 3/16 4/7 11/4 11/14<br>**arraigned [3]** 4/2 4/15 4/16<br>**arrive [1]** 6/16<br>**arrived [1]** 6/16<br>**as [4]** 6/1 8/20 10/12 11/15<br>**ask [1]** 11/16<br>**attorney [1]** 11/15<br>**ATTORNEY'S [1]** 1/14<br>**available [8]** 8/9 8/22 9/1 9/4 9/9 9/14 9/16 9/20<br>**Avenue [2]** 1/20 2/4<br>**aware [1]** 11/4 | **because [2]** 7/18 8/4<br>**been [3]** 3/19 4/1 4/16<br>**before [2]** 1/10 3/18<br>**begin [1]** 7/17<br>**being [1]** 5/21<br>**believe [5]** 4/3 4/6 4/24 11/3 11/5<br>**between [1]** 7/5<br>**bit [2]** 5/8 5/14<br>**both [1]** 11/14<br>**Brady [3]** 11/1 11/1 11/17<br>**brief [1]** 9/12 | **COVID [1]** 12/6<br>**COVID-19 [1]** 12/6<br>**CR [1]** 1/4<br>**Criminal [1]** 3/3<br>**CRR [2]** 12/2 12/11<br>**current [1]** 7/18<br>**currently [1]** 6/25 | **exclusion [1]** 7/14<br>**exculpatory [1]** 11/9<br>**excuse [1]** 9/11<br>**expecting [1]** 8/4 |
| **/**<br>**/S [1]** 12/10 | | | | **F**<br>**fact [1]** 7/3<br>**failure [1]** 11/13<br>**far [1]** 8/19 |
| **1**<br>**10:00 [1]** 9/9<br>**10:30 [1]** 9/12<br>**11:00 [1]** 9/5<br>**11:30 [3]** 9/5 9/6 9/11<br>**12th [6]** 5/25 6/5 6/20 7/5 7/12 7/23<br>**15th [1]** 7/19<br>**16 [1]** 1/5<br>**19 [1]** 12/6<br>**19th [1]** 10/5<br>**1:00 [3]** 9/21 9/22 10/2 | | | **D**<br>**D.C [5]** 1/5 1/15 1/21 2/5 6/10<br>**date [3]** 6/3 6/18 12/10<br>**day [3]** 8/19 9/3 10/7<br>**days [3]** 4/5 5/24 10/8<br>**defendant [9]** 1/7 1/18 3/8 5/15 6/9 7/10 7/16 7/16 11/10<br>**defendant's [1]** 7/8<br>**DEFENDER [1]** 1/19<br>**defense [4]** 3/7 7/17 10/20 11/10<br>**Deputy [2]** 4/13 4/14<br>**detained [1]** 6/10<br>**detention [7]** 3/20 3/24 4/19 6/22 8/3 8/9 10/3<br>**did [2]** 4/3 10/25<br>**directly [1]** 8/7<br>**disclose [1]** 11/9<br>**discovery [4]** 5/12 5/20 7/15 7/17<br>**discuss [2]** 7/25 10/17<br>**discussions [3]** 5/12 5/16 5/18<br>**DISTRICT [5]** 1/1 1/1 1/10 1/14 1/19<br>**do [14]**<br>**do you [1]** 4/19<br>**documentation [1]** 8/16<br>**does [2]** 8/6 10/18<br>**don't [6]** 4/9 8/19 8/23 10/7 11/3 11/4<br>**done [3]** 4/5 10/8 10/25<br>**Donovan [1]** 5/24<br>**Douyon [1]** 4/7<br>**down [3]** 4/22 6/18 10/2<br>**due [1]** 7/19<br>**during [2]** 10/7 12/5 | **Faruqui [6]** 4/4 4/25 5/1 5/10 9/8 10/25<br>**Faruqui's [2]** 4/14 8/23<br>**favorable [1]** 11/10<br>**fd.org [1]** 1/22<br>**February [2]** 1/5 3/24<br>**FEDERAL [1]** 1/19<br>**few [1]** 4/5<br>**file [3]** 10/4 10/10 10/11<br>**filed [5]** 5/13 8/13 8/15 8/17 10/6<br>**filings [1]** 8/12<br>**find [1]** 7/9<br>**fine [5]** 5/7 5/9 5/10 6/1 10/9<br>**first [1]** 5/10<br>**foregoing [1]** 12/3<br>**formal [1]** 5/20<br>**forthwith [1]** 6/16<br>**forward [2]** 5/11 11/22<br>**Fourth [1]** 1/15<br>**Friday [1]** 4/15<br>**front [4]** 4/3 4/22 4/25 6/19<br>**further [1]** 6/13 |
| **2**<br>**20001 [1]** 2/5<br>**20004 [1]** 1/21<br>**202 [3]** 1/16 1/21 2/5<br>**2021 [2]** 1/5 12/10<br>**20530 [1]** 1/15<br>**208-7500 [1]** 1/21<br>**21-28-3 [2]** 1/4 3/3<br>**22nd [6]** 3/24 9/2 9/5 9/14 9/16 10/12<br>**23rd [4]** 9/18 9/20 9/21 10/3<br>**252-6928 [1]** 1/16 | | **C**<br>**calculating [1]** 7/12<br>**Caldwell [1]** 6/5<br>**Caldwell's [1]** 6/19<br>**calendar [3]** 4/22 9/9 9/10<br>**can [9]** 3/12 4/7 4/20 4/21 5/5 6/3 8/17 8/23 9/23<br>**care [1]** 10/16<br>**case [5]** 3/3 5/11 5/14 5/15 11/14<br>**certainly [2]** 6/3 11/4<br>**Certified [1]** 2/3<br>**certify [1]** 12/2<br>**CH [1]** 2/4<br>**check [1]** 3/16<br>**Claude [1]** 4/13<br>**clock [1]** 7/6<br>**co [2]** 5/15 6/9<br>**co-defendant [2]** 5/15 6/9<br>**coincide [1]** 6/19<br>**COLUMBIA [3]** 1/1 1/14 1/19<br>**come [4]** 5/5 5/23 6/3 8/11<br>**comfortable [1]** 8/11<br>**compliant [1]** 11/7<br>**computer [1]** 2/7<br>**computer-aided [1]** 2/7<br>**concluded [1]** 11/25<br>**CONFERENCE [1]** 1/9<br>**confident [1]** 4/8<br>**connection [1]** 9/2<br>**consequences [2]** 11/13 11/13<br>**Constitution [1]** 2/4<br>**continue [1]** 5/17<br>**CONTINUED [1]** 2/1<br>**correct [3]** 4/4 6/12 12/3<br>**could [8]** 5/8 8/20 8/21 8/22 9/17 9/22 10/6 10/8<br>**counsel [3]** 3/10 7/16 11/11<br>**court [10]** 1/1 2/2 2/3 5/25 8/2 8/9 8/18 8/20 9/18 12/7<br>**Courtroom [2]** 4/13 | | **G**<br>**get [7]** 5/19 6/7 6/10 8/15 8/17 10/6 10/8<br>**getting [1]** 11/22<br>**go [1]** 8/2<br>**going [2]** 5/21 5/23<br>**good [5]** 3/2 3/10 3/11 4/17 11/20<br>**got [2]** 6/5 9/11<br>**government [13]**<br>**government's [1]** 8/13<br>**guess [1]** 10/24 |
| **3**<br>**3249 [1]** 2/5<br>**333 [1]** 2/4<br>**354-3249 [1]** 2/5<br>**3:00 [1]** 6/6 | | | | **H**<br>**had [6]** 3/17 3/19 3/23 5/12 5/16 10/4<br>**hadn't [1]** 8/3<br>**half [1]** 9/13<br>**happy [2]** 4/23 5/4<br>**has [2]** 4/1 4/16<br>**hasn't [2]** 3/19 6/16<br>**have [11]** 5/11 5/17 5/25 6/12 6/21 7/4 8/14 8/15 9/6 10/7 10/18<br>**having [1]** 8/11<br>**he [2]** 6/10 6/15<br>**he is [1]** 6/15<br>**he's [1]** 6/11<br>**hear [2]** 3/12 8/9<br>**hearing [11]** 3/9 3/16 3/20 3/24 4/19 6/19 8/3 8/10 10/3 11/2 12/5 |
| **4**<br>**4:00 [1]** 1/6<br>**4:16 [1]** 11/25 | | | **E**<br>**efficient [2]** 5/9 8/8<br>**either [4]** 5/5 8/7 8/10 9/2<br>**else [3]** 7/25 10/18 10/18<br>**Email [2]** 1/16 1/17<br>**en [1]** 6/11<br>**end [2]** 8/7 8/17<br>**essentially [1]** 9/2<br>**everybody [2]** 7/1 11/23<br>**everyone [2]** 6/7 11/21<br>**exclude [1]** 7/12<br>**excluded [1]** 7/22<br>**excludes [1]** 7/18<br>**excluding [1]** 7/4 | |
| **5**<br>**550 [1]** 1/20<br>**555 [1]** 1/15 | | | | |
| **6**<br>**60 [1]** 5/24<br>**625 [1]** 1/20<br>**6928 [1]** 1/16 | **B**<br>**back [2]** 5/23 8/2<br>**ball [1]** 6/2<br>**Barrett [1]** 2/4<br>**based [1]** 7/8<br>**Baset [3]** 1/13 3/5 6/12<br>**basically [1]** 8/22<br>**be [10]** 5/8 5/21 6/2 7/4 | | | |
| **7**<br>**7500 [1]** 1/21 | | | | |
| **9**<br>**90 [2]** 4/9 4/10 | | | | |
| **A**<br>**a.m [2]** 9/5 9/5 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **H** | jury [1] 7/20 | Mr. Caldwell's [1] 6/5 | probably [3] 7/3 8/8 9/13 | **so** [20] | |
| her [1] 7/16 | just [8] 4/22 5/8 8/6 8/23 10/24 11/7 11/8 11/16 | Mr. Donovan [1] 5/24 | proceedings [4] 1/9 2/6 11/25 12/4 | some [3] 5/16 5/20 8/16 | |
| here [2] 3/15 7/21 | | Mr. Douyon [1] 4/7 | | something [1] 10/12 | |
| his [3] 6/13 8/24 9/8 | | Ms. [6] 3/11 3/17 4/15 4/18 10/4 11/22 | process [1] 5/22 | sort [2] 3/16 5/14 | |
| hold [1] 7/20 | justice [2] 7/9 7/10 | Ms. Peterson [3] 4/18 10/4 11/22 | produced [1] 2/7 | specific [1] 11/14 | |
| Honor [8] 3/2 3/13 3/22 5/17 7/2 8/1 10/20 11/24 | **K** | Ms. Watkins [3] 3/11 3/17 4/15 | propose [1] 5/23 | speedy [5] 6/25 7/6 7/11 7/12 7/22 | |
| | Kathryn [2] 1/13 3/5 | | protective [2] 5/13 5/20 | stand [1] 3/21 | |
| HONORABLE [1] 1/10 | Kathryn Rakoczy [1] 3/5 | much [1] 6/2 | provide [1] 7/15 | standing [2] 7/18 7/21 | |
| hour [1] 9/13 | kathryn.rakoczy [1] 1/17 | my [2] 4/22 8/4 | public [2] 1/19 7/11 | start [2] 5/4 5/21 | |
| **I** | | **N** | push [1] 8/19 | stated [1] 7/20 | |
| I am [1] 8/15 | keep [1] 4/20 | need [5] 5/17 5/19 9/11 9/13 10/17 | put [2] 4/21 9/10 | STATES [4] 1/1 1/3 1/10 3/3 | |
| I believe [2] 4/6 4/24 | know [2] 4/9 8/23 | | **Q** | status [4] 1/9 3/15 6/13 8/12 | |
| I can [3] 8/17 8/23 9/23 | **L** | needs [2] 5/5 8/20 | question [3] 4/18 8/2 8/5 | stenography [1] 2/6 | |
| I don't [2] 11/3 11/4 | last [2] 4/5 6/15 | next [3] 6/18 7/4 8/10 | | still [2] 6/9 6/11 | |
| I don't have [1] 10/7 | latest [1] 8/18 | no [5] 1/4 3/3 7/4 8/1 9/15 | **R** | Street [1] 1/15 | |
| I guess [1] 10/24 | law [1] 11/8 | not [6] 6/1 6/14 8/15 10/10 10/20 10/21 | raise [1] 10/19 | subject [1] 12/6 | |
| I have [2] 8/15 9/6 | Leigh [1] 1/13 | | raised [1] 8/2 | Suite [1] 1/20 | |
| I just [2] 5/8 11/8 | let [2] 10/24 11/7 | note [1] 12/5 | Rakoczy [2] 1/13 3/5 | sure [1] 10/24 | |
| I keep [1] 4/20 | let's [2] 6/18 10/2 | now [2] 4/1 7/5 | really [1] 8/4 | suspect [1] 8/7 | |
| I mean [1] 4/19 | light [1] 7/3 | NW [3] 1/15 1/20 2/4 | Realtime [1] 2/3 | **T** | |
| I think [4] 4/18 5/4 9/12 10/16 | like [2] 4/21 6/7 | **O** | reasons [3] 7/14 7/20 7/22 | take [3] 8/13 8/22 8/24 | |
| | limitations [1] 12/7 | objection [1] 7/4 | | takes [2] 9/8 10/16 | |
| I thought [1] 5/1 | little [2] 5/8 5/14 | obligations [2] 11/1 11/9 | record [1] 12/3 | technological [1] 12/7 | |
| I understand [3] 3/17 5/24 6/10 | Local [1] 11/18 | | recorded [1] 2/6 | terms [2] 4/19 5/11 | |
| | look [1] 11/21 | occurred [1] 12/5 | Registered [1] 2/2 | than [2] 4/10 9/13 | |
| I want [1] 8/16 | lot [3] 4/5 10/7 10/11 | off [1] 9/8 | remind [3] 10/25 11/8 11/12 | Thank [5] 9/25 10/14 10/21 11/19 11/24 | |
| I was [3] 4/12 4/14 5/23 | **M** | OFFICE [1] 1/14 | | | |
| | | Official [1] 2/3 | remotely [1] 12/7 | Thank you [5] 9/25 10/14 10/21 11/19 11/24 | |
| I will [1] 4/4 | ma'am [1] 3/12 | Oh [2] 5/1 8/25 | reply [1] 10/12 | | |
| I'll [2] 11/12 11/16 | Magistrate [4] 3/18 4/4 4/20 10/25 | okay [15] | Reporter [4] 2/2 2/2 2/3 2/3 | that [48] | |
| I'm [3] 4/9 4/22 9/2 | | one [2] 7/14 10/24 | | that's [8] 3/19 4/6 4/8 5/9 5/10 6/1 6/21 10/9 | |
| I've [2] 4/5 9/11 | Magistrate Judge [2] 4/4 10/25 | open [1] 9/2 | reporting [1] 12/7 | | |
| inability [1] 7/19 | | opposition [1] 10/5 | requirements [1] 11/8 | their [1] 10/18 | |
| include [1] 8/16 | make [2] 8/6 10/24 | order [5] 5/13 5/21 7/18 7/21 11/7 | resolved [2] 5/21 7/4 | them [1] 11/4 | |
| incorporate [1] 7/21 | March [8] 5/25 6/5 6/19 7/5 7/12 7/19 7/23 12/10 | | response [2] 8/15 8/17 | then [7] 4/18 5/4 5/11 6/2 7/8 7/24 9/9 | |
| Indiana [1] 1/20 | | ordered [1] 6/10 | responsibilities [1] 11/17 | | |
| indicted [1] 4/1 | Marie [1] 3/4 | ought [1] 7/25 | | theory [1] 8/21 | |
| information [1] 11/10 | matter [1] 12/4 | our [2] 3/15 6/15 | return [3] 4/20 5/9 7/5 | there [4] 5/4 6/23 7/24 9/14 | |
| initial [4] 3/23 5/16 5/20 11/2 | may [1] 6/1 | out [2] 5/19 8/19 | review [2] 7/17 8/20 | | |
| | maybe [1] 8/6 | outweigh [1] 7/10 | right [12] 4/16 4/17 5/3 5/7 6/4 6/18 6/22 8/25 10/1 10/15 10/23 11/21 | there's [6] 5/13 6/21 8/21 9/1 9/4 9/15 | |
| interests [3] 7/9 7/10 7/10 | me [7] 3/12 4/4 4/22 6/19 9/12 10/24 11/7 | **P** | | | |
| involving [1] 5/15 | | p.m [5] 1/6 9/21 9/22 10/2 11/25 | | therefore [2] 7/11 12/6 | |
| is [20] | mean [2] 4/19 8/22 | | RMR [2] 12/2 12/11 | these [2] 4/5 10/7 | |
| is there [2] 7/24 9/14 | mechanical [1] 2/6 | pandemic [2] 7/19 12/6 | Robinson [2] 4/20 4/21 | they [2] 8/14 10/19 | |
| issues [1] 10/17 | MEHTA [1] 1/10 | papers [1] 11/22 | route [1] 6/11 | thing [1] 10/24 | |
| it [13] | Merit [1] 2/2 | pending [1] 6/22 | Rules [1] 11/18 | things [2] 3/16 3/21 | |
| it's [4] 4/24 7/9 10/10 10/12 | Meriweather [3] 3/18 4/21 5/2 | percent [1] 4/9 | **S** | think [4] 4/18 5/4 9/12 10/16 | |
| | | peterson [6] 1/18 1/22 3/7 4/18 10/4 11/22 | same [2] 6/1 6/7 | third [1] 6/9 | |
| its [4] 11/1 11/1 11/9 11/12 | method [1] 5/19 | | Saturday [2] 10/7 10/8 | this [15] | |
| | Michelle [1] 1/18 | Plaintiff [1] 1/4 | saying [1] 4/21 | those [3] 5/17 7/21 11/13 | |
| **J** | minds [1] 10/19 | planned [1] 10/4 | schedule [2] 6/1 6/8 | | |
| jail [4] 8/25 9/1 9/7 9/19 | moment [1] 6/16 | Please [1] 12/5 | scheduled [3] 3/18 4/24 5/25 | thought [3] 5/1 5/8 8/4 | |
| | Monday [1] 8/10 | point [2] 3/21 10/19 | | through [3] 7/19 7/22 8/4 | |
| Jean [1] 4/13 | more [5] 4/10 5/8 8/6 8/8 9/13 | position [1] 6/2 | see [2] 3/16 11/22 | | |
| Jean-Claude [1] 4/13 | | postponed [2] 3/19 3/23 | sense [1] 8/6 | time [17] | |
| JESSICA [2] 1/6 3/4 | motion [4] 5/13 6/21 7/8 8/13 | | set [3] 6/5 6/18 10/2 | titled [1] 12/4 | |
| JUDGE [11] 1/10 3/18 4/4 4/14 4/20 4/25 5/2 5/10 8/23 9/8 10/25 | | potential [1] 11/12 | she [3] 3/19 4/1 4/16 | told [2] 4/12 4/14 | |
| | move [1] 8/18 | potentially [1] 11/14 | she's [1] 4/1 | tolled [1] 6/25 | |
| | moving [1] 5/11 | preparing [1] 7/17 | Shelli [2] 1/22 3/7 | too [1] 8/19 | |
| | Mr. [5] 4/7 5/24 6/5 6/12 6/19 | presentment [1] 3/17 | side [2] 5/5 8/7 | transcript [3] 1/9 2/6 12/3 | |
| Judge Faruqui [3] 4/25 5/10 9/8 | | pretrial [1] 6/22 | simply [1] 8/11 | | |
| Judge Faruqui's [2] 4/14 8/23 | Mr. Baset [1] 6/12 | Prettyman [1] 2/4 | since [1] 8/7 | | |
| Judge Robinson [1] | Mr. Caldwell [1] 6/5 | | | | |

**T**

**transcription [1]** 2/7
**trial [5]** 6/25 7/6 7/11 7/13 7/22
**trials [1]** 7/20
**Tuesday [1]** 8/10
**turnaround [1]** 10/11
**two [2]** 7/14 7/18

**U**

**U.S [1]** 1/14
**under [1]** 11/17
**understand [3]** 3/17 5/24 6/10
**understanding [2]** 6/15 11/17
**Understood [1]** 11/19
**unfortunately [2]** 6/14 9/16
**UNITED [4]** 1/1 1/3 1/10 3/3
**United States of [1]** 3/3
**until [2]** 3/24 7/12
**up [1]** 8/7
**update [1]** 6/13
**us [1]** 5/25
**usdoj.gov [2]** 1/17 1/17

**V**

**versus [1]** 3/4
**Very [1]** 11/20
**via [2]** 1/9 3/8
**videoconference [1]** 3/8
**vs [1]** 1/5

**W**

**waiting [2]** 6/9 8/15
**want [4]** 5/9 8/16 8/19 10/19
**wants [3]** 8/18 10/10 10/11
**warranted [1]** 7/14
**was [9]** 3/18 4/12 4/14 4/15 5/1 5/23 6/10 8/3 10/25
**Washington [4]** 1/5 1/15 1/21 2/5
**wasn't [1]** 8/4
**WATKINS [5]** 1/6 3/4 3/11 3/17 4/15
**way [1]** 5/5
**we [19]**
**we'll [2]** 11/21 11/22
**we're [4]** 3/15 5/4 5/21 6/9
**We've [4]** 3/23 5/16 5/19 6/5
**week [4]** 7/4 8/10 8/17 11/23
**weekend [1]** 8/18
**welcome [1]** 10/12
**well [7]** 4/19 6/1 7/24 8/20 8/23 11/7 11/15
**were [1]** 11/5
**What's [2]** 8/12 9/20

**when [2]** 7/5 9/5
**where [3]** 3/16 3/21 8/3
**which [2]** 7/21 8/3
**wide [1]** 9/2
**will [7]** 4/4 7/3 7/11 7/22 8/7 9/12 9/13
**William [4]** 2/2 12/2 12/10 12/11
**wishes [1]** 5/25
**wonder [1]** 9/8
**worked [1]** 5/19
**works [2]** 9/18 9/24
**would [5]** 6/7 8/2 8/8 8/10 9/9
**wrong [1]** 4/5

**Y**

**Yes [4]** 3/13 3/22 7/2 7/2
**yet [1]** 3/19
**you [21]**
**you'd [1]** 4/21
**you're [1]** 4/8
**your [12]** 3/2 3/13 3/22 5/17 7/2 8/1 10/4 10/20 11/17 11/17 11/22 11/24
**Your Honor [8]** 3/2 3/13 3/22 5/17 7/2 8/1 10/20 11/24

**Z**

**Zaremba [4]** 2/2 12/2 12/10 12/11
**ZOOM [1]** 1/9