UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 21-cr-28 (APM)** |
| v. | : | |
| | : | |
| **THOMAS CALDWELL,** | : | |
| **DONOVAN CROWL,** | : | |
| **JESSICA WATKINS,** | : | |
| **SANDRA PARKER,** | : | |
| **BENNIE PARKER,** | : | |
| **GRAYDON YOUNG,** | : | |
| **LAURA STEELE,** | : | |
| **KELLY MEGGS,** | : | |
| **CONNIE MEGGS,** | : | |
| **KENNETH HARRELSON,** | : | |
| **ROBERTO MINUTA, and** | : | |
| **JOSHUA JAMES,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

This matter has come before the Court pursuant to the United States' motion for an order authorizing disclosure of search warrants and court orders pursuant to 18 U.S.C. § 2703(d) – and the applications and affidavits in support thereof – which were obtained in the course of the above-captioned investigation and which are currently filed under seal, for the limited purpose of producing them to defense counsel as discovery in the above-captioned case and to any co-defendants who may later be joined.

The Court orders that the United States may disclose to defense counsel as discovery in this matter, under the terms of any applicable protective order, any search warrants and 2703(d) orders, as well as the materials in support of those search warrants and orders.

The Court further finds that, notwithstanding disclosure to the defense, there are reasonable grounds, as set forth in the government's motion, to believe the unsealing of such matters on the Court's docket will impact the investigation.  Therefore, the United States has established a compelling governmental interest exists to justify the continued sealing of these matters, and this order does not change the terms of the sealing order issued in any of these matters.


Date: _____                              _____
                                                                          AMIT P. MEHTA
                                                                         UNITED STATES DISTRICT JUDGE


cc:     KATHRYN RAKOCZY
           Assistant United States Attorney
           United States Attorney's Office
           555 Fourth Street, N.W.
           Washington, D.C.  20530