

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

April 23, 2021

David Fischer
Counsel for Thomas Caldwell
fischerandputzi@hotmail.com

Michelle Peterson
Counsel for Jessica Watkins
Shelli_Peterson@fd.org

Carmen Hernandez
Counsel for Donovan Crowl
chernan7_aol.com

Joh Machado
Counsel for Sandra Parker
johnlmachado_gmail.com

Stephen Brennwald
Counsel for Bennie Parker
SFBrennwald_cs.com

Robert Foley and Desiree Wilson
Counsel for Graydon Young
dwilson@robertfoleylaw.com>;
Bob@robertfoleylaw.com

Peter Cooper
Counsel for Laura Steele
pcooper_petercooperlaw.com

David A. Wilson
Counsel for Kelly and Connie Meggs
david@dwilsonlaw.com

Nina Ginsburg and Jeffrey Zimmerman
Counsel for Kenneth Harrelson
nginsberg_dimuro.com
zimpacer@gmail.com

Jennifer Wicks
Counsel for Roberto Minuta
jenifer@blindjusticedc.org

Joni Robin and Chris Leibig
Counsel for Joshua James
joni_jonirobinlaw.com
chris@chrisleibiglaw.com

    Re:    *United States v. Thomas Caldwell, et al.*
            Case No. 21-cr-028 (APM)

Dear Counsel:

    This letter is intended to memorialize additional discovery materials and information that we are providing to you today and provided you earlier this week:

First, we have added surveillance video to the USAfx folder labeled "Highly Sensitive Discovery Materials - U.S. v. Caldwell, et al." This surveillance video includes additional, time-stamped video from inside and outside the Capitol from January 6, 2021. We also created a second folder called "Highly Sensitive Discovery Materials 2 - U.S. v. Caldwell, et al.," to which we uploaded video from the Comfort Inn Ballston from January 5-7, 2021, as documented in the attached "Highly Sensitive Discovery 4-23-21" log.

Second, we have uploaded alternate versions of some materials that we understand some of you were having trouble accessing to the main "U.S. v. Caldwell et al Discovery" folder on USAfx:
- Bennie_Parker_1507_2021-03-26 – this folder contains a .wav file version of Mr. Parker's custodial interview.
- Sandra_Parker_1206_2021-03026 – this folder contains a .wav files of Ms. Parker's custodial interview.
- GoToMeeting folder – we added non-zipped .xlsx versions of the two files originally uploaded to this folder. They are the same files as in the zipped version, but at least one of you had trouble opening the zipped versions of the files.

On Wednesday, April 21, 2021, we emailed you about Jon Schaffer, who pled guilty last week, with respect to the information we have at this time about whether Mr. Schaffer has had communications with your clients.

We also emailed you Wednesday night about tour dates that the U.S. Capitol police have offered for defense counsel. I understand that you have concerns about the prohibitions that the Capitol Police have placed on taking photographs during the tour. While we resolve those issues, I still encourage you to sign up for dates.

We will forward additional discovery as it becomes available. If you have any questions or concerns about these discovery materials, please feel free to contact us.

        Sincerely,

        CHANNING D. PHILLIPS
        Acting United States Attorney

By: _____
        Kathryn L. Rakoczy
        D.C. Bar No. 994559
        Ahmed M. Baset
        Troy A. Edwards, Jr.
        Louis A. Manzo
        Jeffrey S. Nestler
        Assistant United States Attorneys

*/s/ Alexandra Hughes*
Alexandra Hughes
Justin Sher
Trial Attorneys
National Security Division
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
