UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, <br><br> v. <br><br> Jessica Watkins, <br><br> Defendant. | Case No. 21-cr-028-3 (APM) |

**UNOPPOSED MOTION TO JOIN DEFENDANT CALDWELL'S MOTION TO DISMISS**

Jessica Watkins, through counsel, respectfully requests that the Court allow her to join Defendant Thomas Caldwell's motion to dismiss. The motion is not fact-specific to one defendant and would appear to apply equally to all defendants if granted. Further, it is in the interest of judicial economy to allow this motion, and government counsel has indicated no objection to the motion to join.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender

_____/s/_____
Michelle Peterson
Chief Assistant Federal Public Defender
Federal Public Defender's Office
625 Indiana Ave NW, Suite 550
Washington, D.C. 20004
(202) 208-7500

1