UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br><br>v.<br><br>Jessica Watkins,<br><br>Defendant. | Case No. 21-cr-028-3 (APM) |

### NOTICE OF INTENT TO JOIN MOTIONS OF CODEFENDANTS

Jessica Watkins, through counsel, respectfully notifies the Court and Government that she joins in the motions that her codefendants have filed to dismiss and to change venue. Specficially, she joins the motions filed at PACER docket entries 240, 269, 273, 278, and 288.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender

_____/s/_____
Michelle Peterson
Chief Assistant Federal Public Defender
Federal Public Defender's Office
625 Indiana Ave NW, Suite 550
Washington, D.C. 20004
(202) 208-7500

1