UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **United States of America,** | |
| v. | Case No. 21-cr-028-3 (APM) |
| **Jessica Watkins,** | |
| Defendant. | |

**NOTICE OF INTENT TO JOIN ADDITIONAL MOTIONS OF CODEFENDANTS**

Jessica Watkins, through counsel, respectfully notifies the Court and Government that she joins in the additional motions that her codefendants have filed. Specficially, she joins the additional motions filed at PACER docket entries 378, 382, 384, 385, and 386.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender

_____/s/_____
Michelle Peterson
Chief Assistant Federal Public Defender
Federal Public Defender's Office
625 Indiana Ave NW, Suite 550
Washington, D.C. 20004
(202) 208-7500

1