NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.    Criminal Number  1:21-cr-28

**Jessica Marie Watkins**
(Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA        ☒ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Jonathan W. Crisp 83505
_(Attorney & Bar ID Number)_
Crisp and Associates, LLC
_(Firm Name)_
4031 N. Front Street
_(Street Address)_
Harrisburg    PA    17110
_(City)_    _(State)_    _(Zip)_
717-412-4676
_(Telephone Number)_