UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 21-cr-28 (APM) |
| v. | : | |
| DONOVAN CROWL, | : | |
| SANDRA PARKER, | : | |
| BENNIE PARKER, | : | |
| LAURA STEELE, | : | |
| CONNIE MEGGS, | : | |
| WILLIAM ISAACS, | : | |
| JAMES BEEKS, and | : | |
| MICHAEL GREENE, | : | |
| Defendants. | : | |

**GOVERNMENT'S OPPOSITION TO DEFENDANTS' MOTIONS**

On July 7, 2022, Defendant William Isaacs filed notice (ECF No. 705) of his intent to join in certain motions to dismiss filed in the related matter of *United States v. Rhodes, et al.*, No. 22-cr-15 (APM). The government hereby adopts the opposition memoranda it filed in the *Rhodes* matters in response to the notice by Defendant Isaacs. Should any additional defendants join in the motions filed in the *Rhodes* case, the government hereby notices its intent to adopt its opposition memoranda in response to those filings, as well.

1

                    Respectfully submitted,

                    MATTHEW M. GRAVES
                    United States Attorney
                    D.C. Bar No. 481052

By:      _____
                    Kathryn L. Rakoczy
                    Assistant United States Attorney
                    D.C. Bar No. 994559
                    Ahmed M. Baset
                    Troy A. Edwards, Jr.
                    Jeffrey S. Nestler
                    Assistant United States Attorneys
                    Louis Manzo
                    Special Assistant United States Attorney
                    U.S. Attorney's Office for the District of Columbia
                    555 4th Street, N.W.
                    Washington, D.C. 20530

                    _____
                    Justin Sher
                    Alexandra Hughes
                    Trial Attorneys
                    National Security Division
                    United States Department of Justice
                    950 Pennsylvania Avenue, NW
                    Washington, D.C. 20004