UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 21-cr-28 (APM) |
| : | |
| **THOMAS EDWARD CALDWELL (1),** : | |
| **JESSICA MARIE WATKINS (3),** : | |
| **KELLY MEGGS (8),** : | |
| **KENNETH HARRELSON (10),** : | |
| **ROBERTO A. MINUTA (11),** : | |
| **JOSHUA A. JAMES (12),** : | |
| **JONATHAN WALDEN (13),** : | |
| **JOSEPH HACKETT (14),** : | |
| **DAVID MOERSCHEL (17),** : | |
| **BRIAN ULRICH (18),** : | |
| : | |
| **Defendants.** : | |

## GOVERNMENT'S MOTION TO DISMISS

The United States respectfully requests that the Court dismiss all charges in the Indictment in the above-captioned case, against just the above-captioned defendants (Thomas Edward Caldwell, Jessica Marie Watkins, Kelly Meggs, Kenneth Harrelson, Roberto A. Minuta, Joshua A. James, Jonathan Walden, Joseph Hackett, David Moerschel, and Brian Ulrich), as each of these defendants has been charged in a separate but related case for the same conduct (namely, *United States v. Jonathan Walden*, No. 22-cr-14-APM, for Defendant Walden, and *United States v. Elmer Stewart Rhodes III, et al.*, No. 22-cr-15-APM, for the remaining nine defendants listed above).

WHEREFORE, the United States respectfully requests that the motion to dismiss be granted for just those defendants listed in the caption above.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By: _____/s/_____
Kathryn L. Rakoczy
D.C. Bar No. 994559
Troy A. Edwards, Jr.
Alexandra Hughes
Jeffrey S. Nestler
Assistant United States Attorneys
601 D Street, N.W., Room 5236
Washington, DC   20530